**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
_____
(State)

Case number (*If known*): _____ Chapter __11__

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy* 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Dolphin Capital Company, S. de R.L. de C.V. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | N/A |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | DCA111221H8 (Registro Federal de Contribuyentes [RFC]) |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Av. Banco Chinchorro Esquina | |
| Number      Street | Number       Street |
| Acanceh MZA 1, LT 8 SM 13 | P.O. Box |
| Cancun, Quintana Roo, México C.P. 77504 | |
| City                          State       ZIP Code | City                        State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| N/A | |
| County | Number       Street |
| | |
| | City                        State       ZIP Code |

5. **Debtor's website** (URL)   https://thedolphinco.com

*This petition has been prepared in accordance with currently available information and, if necessary, may be amended to the extent that new information becomes available.

Debtor    <u>Dolphin Capital Company, S. de R.L. de C.V.</u>        Case number *(if known)*_____
        Name

| | |
|---|---|
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding  LLP) |
| | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   <u>7</u>  <u>1</u>   <u>3</u>   <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                              MM / DD / YYYY

        District _____ When _____ Case number _____
                              MM / DD / YYYY

Debtor    <u>Dolphin Capital Company, S. de R.L. de C.V.</u>          Case number (if known) _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor  <u>See attached Schedule 1</u>          Relationship  _____

District  _____          When  _____
                                                                  MM  /  DD  / YYYY

Case number, if known  _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other  See First Day Declaration  _____

**Where is the property?** _____
                          Number        Street

_____

_____        _____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency  _____

Contact name  _____

Phone  _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors** (on a consolidated basis)

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor    Dolphin Capital Company, S. de R.L. de C.V.                    Case number *(if known)*_____
          Name

| | | | |
|---|---|---|---|
| **15. Estimated assets**<br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☑ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities**<br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☑ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/31/2025
               MM  / DD / YYYY

✗ /s/ Steven Robert Strom                          Steven Robert Strom
Signature of authorized representative of debtor    Printed name

Title    Authorized Person

**18. Signature of attorney**

✗  /s/ Robert S. Brady                    Date    03/31/2025
Signature of attorney for debtor                  MM  / DD / YYYY

Robert S. Brady
Printed name

Young Conway Stargatt & Taylor LLP
Firm name

1000 North King Street
Number        Street

Wilmington                              DE        19801
City                                    State     ZIP Code

302.571.6600                            rbrady@ycst.com
Contact phone                           Email address

2847                                    DE
Bar number                              State

## Schedule 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company |
| --- |
| Aqua Tours, S.A. de C.V. |
| Dolphin Austral Holdings, S.A. de C.V. |
| Dolphin Capital Company, S. de R.L. de C.V. |
| Dolphin Leisure, Inc. |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. |
| Gulf World Marine Park, Inc. |
| GWMP, LLC |
| Icarus Investments Holdings LLC |
| Leisure Investments Holdings LLC |
| Marineland Leisure Inc. |
| MS Leisure Company |
| Promotora Garrafón, S.A. de C.V. |
| The Dolphin Connection, Inc. |
| Triton Investments Holdings LLC |
| Viajero Cibernético S.A. de C.V. |





Marco Antonio Vaca Vélez
Notaría 142 CDMX



PROTOCOLO ORDINARIO-------------------------MAVV/MLM/SAVR. --
LIBRO SETECIENTOS SESENTA Y TRES. ---------------------------
**TREINTA Y TRES MIL QUINIENTOS CINCUENTA Y CUATRO.** ------------
EN LA CIUDAD DE MÉXICO, a veintiocho de marzo de dos mil
veinticinco. --------------------------------------------------
**MARCO ANTONIO VACA VÉLEZ,** Notario ciento cuarenta y dos de la
Ciudad de México, plenamente identificado como Notario en
este acto, hago constar: -------------------------------------
**A.- LA REMOCIÓN DEL CONSEJO DE GERENTES;** -------------------
**B.- EL NOMBRAMIENTO DE GERENTES;** --------------------------
**C.- LA REVOCACIÓN DE PODERES;** y --------------------------
**D.- EL OTORGAMIENTO DE PODERES** de **"DOLPHIN CAPITAL COMPANY"**,
**SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** que
resultan de la protocolización del acta de Asamblea de
Socios, que realizo a solicitud de la señora MA. EUGENIA
SOBERANIS PÉREZ, al tenor de los siguientes antecedentes y
cláusulas: ----------------------------------------------------
- -------------------------------------------------------------
-------------------**A N T E C E D E N T E S** ------------------
- -------------------------------------------------------------
--- La compareciente acredita la legal constitución y
existencia de la sociedad, así como la validez y eficacia de
los acuerdos que más adelante se protocolizan, con los
documentos que a continuación se relacionan, manifestando
bajo protesta de decir verdad, advertida de las penas en que
incurre quien declara con falsedad ante Notario, que la
sociedad no ha sufrido modificación alguna distinta de las
siguientes: --------------------------------------------------
- -------------------------------------------------------------
--- **I.- CONSTITUCIÓN.** ---------------------------------------
--- Por escritura mil quince, de fecha veintidós de diciembre del
dos mil once, ante el licenciado José Antonio Arjona Iglesias,
Notario ocho de Cancún, Estado de Quintana Roo, cuyo primer
testimonio quedó inscrito en el Registro Público de Comercio de



- 2 -

33,554

Cancún, Estado de Quintana Roo, en el **folio mercantil electrónico número veinticuatro mil ciento cincuenta y nueve**, se constituyó **"DOLPHIN CAPITAL COMPANY", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** con domicilio en Cancún, Estado de Quintana Roo, duración indefinida, capital social mínimo fijo de un millón de pesos, moneda nacional y máximo ilimitado, con cláusula de admisión de extranjeros y de dicha escritura copio en su parte conducente lo que es del tenor literal siguiente. -------

"...*QUINTA.- OBJETO SOCIAL.- LA SOCIEDAD TENDRÁ POR OBJETO: ------*

*A.- LA ADQUISICIÓN, TENENCIA Y ENAJENACIÓN DE TODO TIPO DE ACCIONES O PARTES SOCIALES DE TODO GÉNERO DE SOCIEDADES MERCANTILES, CIVILES, ASOCIACIONES Y CORPORACIONES DE LA NACIONALIDAD QUE FUERE. -----------------------------------------*

*B.- DESARROLLAR, ORGANIZAR, DIRIGIR, ADMINISTRAR, ESTUDIAR, PROMOVER E INVERTIR EN NEGOCIOS, SOCIEDADES Y EMPRESAS COMERCIALES O DE SERVICIOS RELACIONADOS CON LA ACTIVIDAD TURÍSTICA EN GENERAL. ----------------------------------------*

*C.- PROMOVER, REPRESENTAR, ADMINISTRAR, CONSTITUIR, ADQUIRIR, ENAJENAR Y EXPLOTAR DIRECTA O INDIRECTAMENTE TODO TIPO DE SOCIEDADES, ACCIONES O PARTES SOCIALES, O NEGOCIOS Y REALIZAR TODO TIPO DE ACTIVIDADES COMERCIALES. ---------------------------*

*D.- RECIBIR Y OTORGAR CRÉDITOS, EMITIR Y NEGOCIAR TODA CLASE DE TÍTULOS DE CRÉDITO, OTORGAR GARANTÍAS Y, EN GENERAL, REALIZAR TODOS LOS ACTOS Y OPERACIONES RELACIONADOS DIRECTA O INDIRECTAMENTE CON SU OBJETO SOCIAL. ---------------------------*

*E.- LA COMPRA, VENTA, DAR Y TOMAR EN ARRENDAMIENTO, SUBARRENDAMIENTO, ADMINISTRACIÓN, MANTENIMIENTO, CONSTRUCCIÓN, SUPERVISIÓN DE TODA CLASE DE BIENES MUEBLES E INMUEBLES NECESARIOS Y CONVENIENTES PARA LAS ACTIVIDADES COMERCIALES REFERIDAS EN LOS PÁRRAFOS ANTERIORES ----------------------------- .*

*F.- COMPRAR, VENCER, FABRICAR, EXPORTAR E IMPORTAR, ASÍ COMO COMERCIAR EN CUALQUIER OTRA FORMA CON TODA CLASE DE MERCANCÍAS Y BIENES MUEBLES O INMUEBLES, YA SEA DIRECTAMENTE COMO*




- 3 -

33,554

REPRESENTANTE, AGENTE O DISTRIBUIDOR. --------------------------

G.- ADQUIRIR, CONSTRUIR, ARRENDAR, SUBARRENDAR Y OPERAR BIENES MUEBLES E INMUEBLES QUE SEAN NECESARIOS O CONVENIENTES PARA LA CONSECUCIÓN DE LOS FINES, PREVIO EL CUMPLIMIENTO DE LOS REQUISITOS LEGALES CORRESPONDIENTES. ------------------------- 

H.- CELEBRAR Y CUMPLIR TODA CLASE DE CONVENIOS, CONTRATOS Y ACTOS CON CUALQUIER PERSONA FÍSICA O JURÍDICA, PRIVADA O PÚBLICA, Y OBTENER Y CONCEDER TODA CLASE DE PRÉSTAMOS Y CRÉDITOS, CON O SIN GARANTÍA REAL O PERSONAL, ASÍ COMO CONTRATOS DE GARANTÍA DE OBLIGACIONES DE TERCEROS, CON O SIN CONTRAPRESTACIÓN Y CONSTITUIR Y PARTICIPAR EN FIDEICOMISOS DE CUALQUIER TIPO, COMO FIDEICOMITENTE O FIDEICOMISARIA. --------------------------------

I.- TENER REPRESENTACIONES DENTRO Y FUERA DEL TERRITORIO NACIONAL, EN CALIDAD DE COMISIONISTA, INTERMEDIARIO, FACTOR, REPRESENTANTE LEGAL, O APODERADO DE TODA CLASE DE EMPRESAS O PERSONAS. -------------------------------------------------------

J.- ACTUAR COMO COMISIONISTA, MEDIADOR, AGENTE O CUALQUIER OTRA FORMA DE REPRESENTAR EN EL PAÍS O EN EL EXTRANJERO A TODA CLASE DE PERSONAS FÍSICAS O MORALES YA SEAN MEXICANAS O EXTRANJERAS. ---

K.- EXPEDIR, FIRMAR EN CUALQUIER CARÁCTER, INCLUSIVE CON EL DE AVAL, Y ENDOSAR, TODA CLASE DE TÍTULOS DE CRÉDITO. --------------

L.- LA EMISIÓN, SUSCRIPCIÓN, ACEPTACIÓN, ENDOSO, AVAL DE TODA CLASE DE TÍTULOS DE CRÉDITO Y CUALESQUIERA OTROS VALORES Y DOCUMENTOS, CONTRATOS, COMPROBATORIOS DE ADEUDO Y GARANTIZAR SU PAGO POR CUALQUIER MEDIO. ----------------------------------------

M.- REGISTRAR, ADQUIRIR, POSEER, USAR, VENDER, CEDER, ARRENDAR Y OTORGAR AUTORIZACIONES DE USO, AL RESPECTO HIPOTECARIO O DE MANERA DISTINTA DISPONER DE PATENTES REGISTRADAS EN LA REPÚBLICA MEXICANA O EN CUALQUIER PAÍS EXTRANJERO, ASÍ COMO DERECHOS SOBRE PATENTES, PERMISOS Y PRIVILEGIOS, INVENTOS, MEJORAS Y PROCESOS, DERECHOS DE PROPIEDAD INDUSTRIAL Y DE AUTOR, MARCAS Y NOMBRES COMERCIALES RELACIONADOS O ÚTILES CON RESPECTO A CUALQUIER NEGOCIO DE LA SOCIEDAD. ------------------------------------------



- 4 -
33,554

*N.- EJECUTAR TODA CLASE DE ACTOS Y CELEBRAR TODA CLASE DE CONTRATOS LABORALES, CIVILES O MERCANTILES QUE SE RELACIONEN CON SU OBJETO SOCIAL. --------------------------------------------------*

*Ñ.- OBTENER CAPITALES EN PRÉSTAMO CON O SIN GARANTÍA PRENDARÍAS, HIPOTECARÍA O DE CUALQUIER OTRA CLASE, O BIEN EN CUENTA CORRIENTE O POR CUALQUIER OTRO MEDIO LEGAL, COMO EMITIR OBLIGACIONES DE CUALQUIER CLASE. --------------------------------------------------*

*O.- GESTIONAR PRÉSTAMOS Y CRÉDITOS DE CUALQUIER NATURALEZA, PARA EL CUMPLIMIENTO DE LOS OBJETOS DE LA SOCIEDAD, ASÍ COMO CONSTITUIRSE EN GARANTE DE TERCEROS, DEUDOR SOLIDARIO, EN CUALQUIER FORMA QUE JUZGUE CONVENIENTES, MEDIANTE EL OTORGAMIENTO DE GARANTÍAS TALES COMO AVALES, FIANZAS, HIPOTECAS O DE CUALQUIER OTRA NATURALEZA. --------------------------------------------------*

*P.- PROPORCIONAR Y RECIBIR TODA CLASE DE SERVICIOS, ASESORÍA DE CARÁCTER TÉCNICO, ADMINISTRATIVO DE SUPERVISIÓN DE ORGANIZACIÓN, MERCADOTECNIA, INVESTIGACIÓN Y DESARROLLO DE INGENIERÍA, EN GENERAL, CUALQUIER CLASE DE SERVICIOS RELACIONADOS CON LAS ACTIVIDADES INDUSTRIALES O COMERCIALES DE EMPRESAS, YA SEA DE LA REPÚBLICA MEXICANA O DEL EXTRANJERO. ----------------------------*

*Q.- PARTICIPAR EN TODA CLASE DE CONCURSOS Y LICITACIONES QUE CONVOQUEN ENTIDADES DE LA ADMINISTRACIÓN PÚBLICA FEDERAL Y DE LOS ESTADOS Y MUNICIPIOS Y CELEBRAR CONTRATOS DE OBRA PÚBLICA, DE SERVICIOS, DE SUMINISTRO DE ARRENDAMIENTO Y DE CUALQUIER OTRA NATURALEZA CON DICHAS ENTIDADES. --------------------------------*

*R.- ADQUIRIR TODA CLASE DE BIENES, DERECHOS Y OBLIGACIONES REALES Y PERSONALES CON OBJETO DE ENAJENARLOS, ARRENDARLOS Y REALIZAR CON ELLOS CUALESQUIER OPERACIONES PERMITIDAS POR LA LEY. ---------*

*S. LA PRESTACIÓN DE TODA CLASE DE SERVICIOS, YA SEA POR SI O A TRAVÉS DE TERCEROS QUE SEAN CONDUCENTES A FINES SOCIALES. --------*

*T.- LA PRESTACIÓN A OTRAS EMPRESAS Y PERSONAS, YA SEA POR SI O A TRAVÉS DE TERCEROS DE TODA CLASE DE SERVICIOS EN ESPECIAL, LOS QUE SE RELACIONEN SEAN SIMILARES Y CONEXOS A LOS FINES DE LA SOCIEDAD. --------------------------------------------------*





33,554

U.- *LA REPRESENTACIÓN DE LOS ESTADOS UNIDOS MEXICANOS O EN EL EXTRANJERO, EN CALIDAD DE AGENTE, COMISIONISTA, INTERMEDIARIO, REPRESENTANTE O MANDATARIO, DE TODA CLASE DE EMPRESAS, NEGOCIACIONES O PERSONAS, LA CELEBRACIÓN Y EJECUCIÓN DE ACTOS JURÍDICOS Y LA REALIZACIÓN DE TODA CLASE DE ACTIVIDADES MERCANTILES O DE CUALQUIERA OTRA NATURALEZA PERMITIDA POR LA LEY, YA SEA POR SI A TRAVÉS DE TERCEROS. --------------------------*

V.- *EN GENERAL LLEVAR A CABO LOS ACTOS, OPERACIONES, CONVENIOS, CONTRATOS Y NEGOCIOS QUE SEAN LÍCITOS Y EJECUTAR TODA CLASE DE ACTOS O ACTIVIDADES QUE SEAN CONVENIENTES O NECESARIOS PARA LA REALIZACIÓN DEL OBJETO SOCIAL.-... ------------------------*

...*DÉCIMA CUARTA. LA ADMINISTRACIÓN. LA SOCIEDAD SERÁ ADMINISTRADA POR UNO O VARIOS GERENTES, EN CUYO CASO CONSTITUIRÁN EL CONSEJO DE GERENTES, QUIENES PODRÁN SER SOCIOS O PERSONAS EXTRAÑAS A LA SOCIEDAD, DURARÁN EN SU CARGO UN AÑO EXCEPTO EL CASO DE QUE LA ASAMBLEA ACORDARA ALGO DISTINTO, Y CONTINUARÁN EN SUS CARGOS CON EL EJERCICIO DE LOS PODERES Y FACULTADES, HASTA QUE SE REALICEN NUEVOS NOMBRAMIENTOS EN LOS TÉRMINOS DE ESTOS ESTATUTOS Y ENTREN EN FUNCIONES QUIENES HABRÁ DE SUBSTITUIRLOS.-*

...*DÉCIMA SEXTA.- PARA EL EJERCICIO DE SUS FUNCIONES EL GERENTE O GERENTES, TENDRÁN LAS MÁS AMPLIAS FACULTADES RECONOCIDAS POR LA LEY PARA UN MANDATARIOS GENERAL, QUIENES DE MANERA LIMITATIVA, COMO ÓRGANO COLEGIADO TENDRÁ LAS SIGUIENTES ATRIBUCIONES Y OBLIGACIONES: -----------------------------------------------------*

A) *LLEVAR LA FIRMA SOCIAL; ----------------------------------*

B) *REPRESENTAR A LA SOCIEDAD JUDICIAL Y EXTRAJUDICIALMENTE; ------*

C) *REALIZAR TODAS LAS OPERACIONES INHERENTES AL OBJETO DE LA SOCIEDAD; ----------------------------------------------------*

D) *EJECUTAR Y CELEBRAR TODOS LOS ACTOS Y CONTRATOS QUE REQUIERA LA MARCHA DE LOS NEGOCIOS SOCIALES; -----------------------------*

E) *APROBAR LA OBTENCIÓN DE CRÉDITOS; ---------------------------*

F) *LA APROBACIÓN PARA LA COMPRA, VENTA, ADQUISICIÓN O DISPOSICIÓN*



- 6 -
33,554

POR CUALQUIER OTRO MEDIO DE ACTIVOS INTANGIBLES. ----------------
G) DESEMPEÑAR SUS CARGOS CON FACULTADES DE APODERADOS GENERALES PARA PLEITOS Y COBRANZAS, PARA ACTOS DE ADMINISTRACIÓN Y PARA ACTOS DE DOMINIO DE CONFORMIDAD CON LO QUE ACUERDE LA ASAMBLEA DE SOCIOS. ----------------------------------------------------------
H) HACER TODA CLASE DE GESTIONES Y PROMOCIONES ANTE CUALESQUIERA AUTORIDADES JUDICIALES, ADMINISTRATIVAS O DEL TRABAJO, DEL FUERO COMÚN, FEDERAL O MILITAR, SEAN CIVILES, FAMILIARES, PENALES, FISCALES O JUNTAS DE CONCILIACIÓN O DE CONCILIACIÓN Y ARBITRAJE, EJERCIENDO ACCIONES Y OPONIENDO EXCEPCIONES CON FACULTADES EXPRESAS PARA INTERPONER DEMANDAS Y QUEDAS Y DESISTIR DE ELLAS, ABSOLVER Y ARTICULAR POSICIONES, TRANSIGIR Y RECIBIR PAGOS, COMPROMETERSE EN ÁRBITROS Y ARBITRADORES, FORMULAR E INTERPONER DENUNCIAS Y QUERELLAS, DESISTIR U OTORGAR EL PERDÓN EN LOS CASOS QUE PROCEDAN CONFORME A DERECHO, CONSTITUIRSE EN COADYUVANTES DEL MINISTERIO PÚBLICO E INTERPONER LLEVAR EN SU SECUELA Y DESISTIR DE TODA CLASE DE RECURSOS Y JUICIOS EN EL AMPARO INCLUSIVE. ------
I) COMPRAR O ADQUIRIR POR CUALQUIER TÍTULO BIENES Y PRODUCTOS PARA LA SOCIEDAD Y REALIZAR LAS VENTAS DE LAS QUE ESTA PRODUZCA: -
J) ACEPTAR, EMITIR, GIRAR, LIBRAR, AVALAR, ENDOSAR, PROTESTAR, OTORGAR Y SUSCRIBIR CON CUALQUIER CARÁCTER TODA CLASE DE TÍTULOS DE CRÉDITO. ----------------------------------------------------------
K) REALIZAR CUALESQUIERA OPERACIONES DE CRÉDITO. ----------------
L) LA APROBACIÓN PARA LA COMPRA, VENTA, DISPOSICIÓN O GRAVAMEN EN CUALQUIER FORMA DE LOS ACTIVOS FIJOS DE O PARA LA SOCIEDAD. ------
LL) TENER BAJO SU RESPONSABILIDAD LA CUSTODIA Y EL MANEJO DE LOS FONDOS SOCIALES Y SUPERVISAR LA CONTABILIDAD, ASÍ COMO VERIFICAR QUE SE LLEVE A CABO LA ACUMULACIÓN DE LOS FONDOS DE RESERVA A LOS QUE SE REFIEREN ESTOS ESTATUTOS. -------------------------------
M) OTORGAR Y REVOCAR PODERES GENERALES O ESPECIALES, SIN DELEGAR SUS CARGOS. ----------------------------------------------------------
N) CONVOCAR A LAS ASAMBLEAS DE SOCIOS. --------------------------
Ñ) INFORMAR ANUALMENTE A LA ASAMBLEA GENERAL DE SOCIOS DE LA





Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 7 -

33,554

*MARCHA DE LOS NEGOCIOS SOCIALES, REMITIENDO EL BALANCE Y LAS CUENTAS RESPECTIVAS; -------------------------------------------------*

*O) ABRIR Y CERRAR CUENTAS BANCARIAS Y GIRAR CHEQUES CON CARGO A LAS MISMAS; -----------------------------------------------------*

*P) EN GENERAL HACER TODO CUANTO FUERE NECESARIO PARA LA EXPEDITA MARCHA DE LAS ACTIVIDADES Y NEGOCIOS SOCIALES; ------------------*

*Q) CUALQUIERA QUE LA ASAMBLEA GENERAL DE SOCIOS EXPRESAMENTE LE OTORGARE. ---------------------------------------------------------*

*DÉCIMA SÉPTIMA.- DE LAS FACULTADES DEL CONSEJO DE GERENTES.- EL CONSEJO DE GERENTES TENDRÁ LAS MÁS AMPLIAS FACULTADES PARA EL DESEMPLEO DE SU CARGO, COMPRENDIDAS EN LOS PODERES GENERALES PARA PLEITOS Y COBRANZAS, PARA ADMINISTRAR BIENES Y PARA EJERCER ACTOS DE DOMINIO, CON TODAS LAS FACULTADES GENERALES Y LAS ESPECIALES QUE REQUIERAN CLAUSULA ESPECIAL, CONFORME A LA LEY, EN LOS TÉRMINOS DE LOS ARTÍCULOS DOS MIL CUATROCIENTOS CUARENTA UY SIETE (2447), DOS MIL CUATROCIENTOS CUARENTA Y OCHO (2448), DOS MIL CUATROCIENTOS CUARENTA Y NUEVE (2449), DOS MIL CUATROCIENTOS OCHENTA (2480) Y DOS MIL CUATROCIENTOS OCHENTA Y UNO (2481) DEL CÓDIGO CIVIL PARA EL ESTADO DE QUINTANA ROO Y SUS ARTÍCULOS CORRELATIVOS Y CONCORDANTES DE LOS CÓDIGOS CIVILES DEL DISTRITO FEDERAL Y DEL RESTO DE LOS ESTADOS DE LA REPÚBLICA MEXICANA; PARA OTORGAR, SUSCRIBIR, AVALAR, NEGOCIAR TÍTULOS DE CRÉDITO EN LOS TÉRMINOS DE LOS ARTÍCULOS NUEVE (9) Y DIEZ (10) DE LA LEY GENERAL DE TÍTULOS Y OPERACIONES DE CRÉDITO, ASÍ COMO EN LOS TÉRMINOS DE LOS ARTÍCULOS DIEZ DE LA LEY GENERAL DE SOCIEDADES MERCANTILES, EN LA FORMA Y TÉRMINOS Y CON LAS LIMITACIONES QUE SE ESTABLECEN EN LAS CLÁUSULAS TRANSITORIAS DE ESTOS ESTATUTOS. ----------------*

*EL PRESIDENTE Y VICEPRESIDENTE DEL CONSEJO DE GERENTES NO TENDRÁ PODER PARA ACTOS DE ADMINISTRACIÓN EN MATERIA LABORAL, NI NINGUNA DE LAS FACULTADES DE LA LEY FEDERAL DEL TRABAJO, POR TANTO, NO TENDRÁ LA SOCIEDAD ANTE TODA CLASE DE AUTORIDADES ADMINISTRATIVAS Y JUDICIALES, FEDERALES, ESTATALES Y MUNICIPALES, NI ANTE LA JUNTA DE CONCILIACIÓN Y ARBITRAJE Y DEMÁS AUTORIDADES DEL TRABAJO*



- 8 -

33,554

*Y ANTE ÁRBITROS. -------------------------------------------*

*DE MANERA ENUNCIATIVA PERO NO LIMITATIVA, EL CONSEJO DE GERENTES*

*EJERCERÁ LOS SIGUIENTES PODERES Y FACULTADES: --------------------*

*A).- PODER GENERAL PARA PLEITOS Y COBRANZAS, EL PODER SE OTORGA*

*EN LOS TÉRMINOS DEL PRIMER PÁRRAFO DEL ARTÍCULO DOS MIL*

*OCHOCIENTOS DIEZ Y DOS MIL OCHOCIENTOS CUARENTA Y TRES DEL CÓDIGO*

*CIVIL VIGENTE PARA EL ESTADO DE QUINTANA ROO Y DOS MIL QUINIENTOS*

*CINCUENTA Y CUATRO Y DOS MIL QUINIENTOS OCHENTA Y SIETE DEL*

*CÓDIGO CIVIL FEDERAL Y DE SUS CORRELATIVOS DE TODOS Y CADA UNOS*

*DE LOS CÓDIGOS CIVILES DE LAS DEMÁS ENTIDADES FEDERATIVAS DE LA*

*REPÚBLICA MEXICANA, ENTRE LAS QUE DE MANERA ENUNCIATIVA MAS NO*

*LIMITATIVA SE CITAN LAS SIGUIENTES: EJERCITAR TODA CLASE DE*

*DERECHOS Y ACCIONES ANTE CUALESQUIERA AUTORIDADES DE LA*

*FEDERACIÓN DE LOS ESTADOS, DEL DISTRITO FEDERAL Y DE LOS*

*MUNICIPIOS YA SEAN EN JURISDICCIÓN VOLUNTARIA, CONTENCIOSA O*

*MIXTA Y SE TRATE DE AUTORIDADES CIVILES, JUDICIALES O*

*ADMINISTRATIVAS, CONTESTAR DEMANDAS, OPONER EXCEPCIONES Y*

*RECONVENCIONES, SOMETERSE A CUALQUIER JURISDICCIÓN COMPROMETER EN*

*ÁRBITROS, ARTICULAR Y ABSOLVER POSICIONES, RECUSAR MAGISTRADOS*

*JUECES SECRETARIOS, PERITOS Y DEMÁS PERSONAS EN DERECHO*

*RECUSABLES DESISTIRSE DE LO PRINCIPAL, DE SU INCIDENTES DE*

*CUALQUIER RECURSO INCLUSIVE DE AMPARO, EL QUE PODRÁN PROMOVER*

*CUANTAS VECES LO ESTIMEN CONVENIENTE, CONTANDO LOS APODERADOS CON*

*TODAS LAS FACULTADES ESTABLECIDAS EN EL ARTÍCULO VEINTISIETE DE*

*LA LEY DE AMPARO, RENDIR TODA CLASE DE PRUEBAS, RECONOCER FIRMAS*

*Y DOCUMENTOS, OBJETAR ESTOS, PUJAS Y MEJORAS Y OBTENER PARA LA*

*SOCIEDAD MEDIANTE ADJUDICACIÓN TODA CLASE DE BIENES, POR*

*CUALQUIER TÍTULO, EFECTUAR SESIONES DE DERECHOS, TRANSIGIR,*

*FORMULAR ACUSACIONES, DENUNCIAS Y QUERELLAS EN MATERIA PENAL,*

*CONSTITUIRSE EN PARTE EN CAUSAS CRIMINALES O EN COADYUVANTE DE*

*MINISTERIO PÚBLICO Y OTORGAR EL PERDÓN EN SU CASO ASÍ COMO HACER*

*Y RECIBIR PAGOS. ------------------------------------------------*

*B).- PODER GENERAL PARA ACTOS DE ADMINISTRACIÓN, DE CONFORMIDAD*

 

33,554



CON LO SEÑALADO EN EL SEGUNDO PÁRRAFO DEL ARTÍCULO DOS MIL OCHOCIENTOS DIEZ Y DOS MIL OCHOCIENTOS CUARENTA Y TRES DEL CÓDIGO CIVIL VIGENTE, PARA EL ESTADO DE QUINTANA ROO Y DOS MIL QUINIENTOS CINCUENTA Y CUATRO Y DOS MIL QUINIENTOS OCHENTA Y SIETE DEL CÓDIGO CIVIL FEDERAL Y SUS CORRELATIVOS DEL CÓDIGO CIVIL PARA EL DISTRITO FEDERAL Y DE TODOS Y CADA UNO DE LOS CÓDIGOS CIVILES DE LOS ESTADOS DE LA REPÚBLICA MEXICANA. ------ --

C).- PODER GENERAR PARA OTORGAR, SUSCRIBIR Y ENDOSAR TÍTULOS DE CRÉDITO EN NOMBRE DE LA SOCIEDAD DE CONFORMIDAD CON EL ARTÍCULO NOVENO DE LA LEY GENERAL DE TÍTULOS Y OPERACIONES DE CRÉDITO, SE CONSIDERA ENTRE OTRAS FACULTADES LAS DE SUSCRIPCIÓN DE TÍTULOS DE CRÉDITO Y AFIANZADORAS ASÍ COMO PARA ABRIR Y CANCELAR CUENTAS DE CHEQUES Y PARA NOMBRAR A LAS PERSONAS AUTORIZADAS PARA GIRAR EN CONTRA DE LAS MISMAS, ASÍ COMO PARA FORMALIZAR LOS CONTRATOS DE CRÉDITO ANTE LA INSTITUCIÓN DE CRÉDITO Y/O AFIANZADORA CORRESPONDIENTE. ------------------------------------------------

D).- FACULTAD PARA OTORGAR PODERES GENERALES O ESPECIALES, ASÍ COMO REVOCARLOS DENTRO DEL LÍMITE DE TODAS LAS FACULTADES QUE SE LE OTORGAN. -----------------------------------------------------

E).- PODER GENERAL PARA ACTOS DE DOMINIO DE CONFORMIDAD CON LO SEÑALADO EN EL TERCER PÁRRAFO DEL ARTÍCULO DOS MIL OCHOCIENTOS DIEZ DEL CÓDIGO CIVIL VIGENTE PARA EL ESTADO DE QUINTANA ROO Y DOS MIL QUINIENTOS CINCUENTA Y CUATRO DEL CÓDIGO CIVIL FEDERAL Y SUS CORRELATIVOS DEL CÓDIGO CIVIL PARA EL DISTRITO FEDERAL, Y DE TOS Y CADA UNO DE LOS CÓDIGOS CIVILES DE LOS ESTADOS DE LA REPÚBLICA MEXICANA. ----------------------------------------------

"ARTÍCULO 2810.- TODOS LOS PODERES GENERALES PARA PLEITOS Y COBRANZAS BASTARA CON QUE SE DIGA QUE OTORGA CON TODAS LAS FACULTADES GENERALES Y LAS ESPECIALES QUE REQUIERAN CLÁUSULA ESPECIAL CONFORME A LA LEY PARA QUE SE ENTIENDAN, CONFERIDOS SIN LIMITACIÓN ALGUNA. ----------------------------------------------

EN LOS PODERES GENERALES PARA ADMINISTRAR BIENES, BASTARÁ EXPRESAR QUE SE DAN CON ESE CARÁCTER PARA QUE EL APODERADO TENGA



- 10 -
33,554

TODA CLASE DE FACULTADES ADMINISTRATIVAS. -----------------------
EN LOS PODERES GENERALES PARA EJERCER ACTOS DE DOMINIO CON LA
SOLA EXCEPCIÓN DE LA DONACIÓN QUE EN ESTE CÓDIGO ES UN NEGOCIO
JURÍDICO PERSONALÍSIMO PARA EL DONANTE UY POR TANTO NO ADMITE LA
REPRESENTACIÓN EN CUANTO A ESTE, BASTARÁ QUE SE DIGA QUE DICHOS
PODERES GENERALES SE DAN A CONOCER CON ESE CARÁCTER PARA QUE EL
APODERADO TENGA TODAS LAS FACULTADES DE DUEÑO, TANTO EN LO
RELATIVO A LOS BIENES COMO PARA HACER TODA CLASE DE GESTIONES A
FIN DE DEFENDERLOS. ---------------------------------------------
CUANDO SE QUIERA LIMITAR EN LOS TRES CASOS ANTES MENCIONADOS, LAS
FACULTADES DE LOS APODERADOS, SE CONSIGNARÁN LAS LIMITACIONES O
LOS PODERES SERÁN ESPECIALES. -----------------------------------
LOS NOTARIOS INSERTARÁN ESTE ARTÍCULO EN LOS TESTIMONIOS DE LOS
PODERES QUE ANTE ELLOS SE OTORGUEN. -----------------------------
LO MISMO HARÁN AL CALCÉ DEL PODER Y ANTES DE LAS FIRMAS DE LA
RATIFICACIÓN SI ES QUE EN EL TEXTO DEL DOCUMENTO NO LO HUBIERAN
INSERTADO LOS FUNCIONARIOS ANTE QUIENES LOS OTORGANTES Y LOS
TESTIGOS RATIFIQUEN SUS FIRMAS DE CONFORMIDAD CON LA FRACCIÓN II
DEL ARTÍCULO 2807 EN RELACIÓN CON EL 218 Y 2811, SIN ESTA
INSERCIÓN DE LOS ALUDIDOS TESTIMONIOS Y LAS MENCIONADAS
RATIFICACIONES CARECERÁN DE TOFO EFECTO LEGAL.". -----------------
"ARTÍCULO 2594.- EN TODOS LOS PODERES GENERALES PARA PLEITOS Y
COBRANZAS BASTARA QUE SE DIGA QUE SE OTORGA CON TODAS LAS
FACULTADES GENERALES Y LAS ESPECIALES QUE REQUIERAN CLÁUSULA
ESPECIAL CONFORME A LA LEY PARA QUE SE ENTIENDAN CONFERIDOS SIN
LIMITACIÓN ALGUNA EN LOS PODERES GENERALES PARA ADMINISTRAR
BIENES, BASTARA EXPRESAR QUE SE DAN CON ESE CARÁCTER PARA QUE EL
APODERADO TENGA TODA CLASE DE FACULTADES ADMINISTRATIVAS EN LOS
PODERES GENERALES PARA EJERCER ACTOS DE DOMINIO, BASTARA QUE SE
DEN CON ESE CARÁCTER PARA QUE EL APODERADO TENGA TODAS LAS
FACULTADES DE DUEÑO, TANTO EN LO RELATIVO A LOS BIENES, COMO PARA
HACER TODA CLASE DE GESTIONES A FIN DE DEFENDERLOS CUANDO SE
QUISIEREN LIMITAR EN LOS TRES CASOS ANTES MENCIONADOS, LAS




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 11 -
33,554



*FACULTADES DE LOS APODERADOS SE CONSIGNARÁN LAS LIMITACIONES O*
*LOS PODERES SERÁN ESPECIALES, LOS NOTARIO INSERTARÁN ESTE*
*ARTÍCULO EN LOS TESTIMONIO DE LOS PODERES QUE OTORGUEN.".* --------
*PARA EFECTOS DE LAS FACULTADES CONTENIDAS EN LOS INCISOS C) Y E)*
*DE ESTA CLÁUSULA REQUERIRÁN LA AUTORIZACIÓN PREVIA DE LA ASAMBLEA*
*ORDINARIA DE SOCIOS EN CADA CASO.* -----------------------------
*ADEMÁS, EN EL EVENTO DE QUE UNO O MAS GERENTES Y/O SOCIOS TENGAN*
*UN CONFLICTO DE INTERÉS SOBRE UN ASUNTO EN PARTICULAR DICHO*
*CONFLICTO DEBE SER DECLARADO Y LA PARTE INVOLUCRADA DEBE DE*
*RETIRARSE DE LA DISCUSIÓN Y NO PODRÁ GOZAR DE UN VOTO EN ESTA*
*INSTANCIA...".* -----------------------------------------------
----------------------------------------------------------------

--- **II.- PROTOCOLIZACIÓN DE ACTAS DE FUSIÓN.** --------------------
--- Por instrumento cincuenta y cinco mil novecientos cuarenta y
cinco, de fecha dos de diciembre del dos mil trece, ante el mismo
Notario que las anteriores, cuyo primer testimonio quedó inscrito
en el Registro Público de Comercio de Cancún, Estado de Quintana
Roo, en el **folio mercantil electrónico número veinticuatro mil
ciento cincuenta y nueve**, se hizo constar la protocolización de
las actas de Asamblea General Extraordinaria de Socios, ambas de
fecha once de octubre de dos mil trece, en la que se acordó,
entre otros, fusionar a **"DOLPHIN CAPITAL COMPANY", SOCIEDAD
ANÓNIMA**, como sociedad fusionante y que subsiste, con
"INVERSIONES DOLPHIN PACÍFICO", SOCIEDAD DE RESPONSABILIDAD
LIMITADA DE CAPITAL VARIABLE, como sociedad fusionada y que se
extingue. ------------------------------------------------------
- ------------------------------------------------------------

--- **III.- FUSIÓN, AUMENTO DE CAPITAL FIJO Y REFORMA DE ESTATUTOS.**
--- Por instrumento cincuenta y seis mil ciento setenta y tres,
de fecha catorce de febrero de dos mil catorce, ante el mismo
Notario que las anteriores, cuyo primer testimonio quedó inscrito
en el Registro Público de Comercio de Cancún, Estado de Quintana
Roo, por lo que se refiere a la sociedad fusionante, en el **folio**



- 12 -

33,554

**mercantil electrónico número veinticuatro mil ciento cincuenta y nueve,** se hizo constar la fusión de **"DOLPHIN CAPITAL COMPANY",** **SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** como sociedad fusionante y que subsiste, con "INVERSIONES DOLPHIN PACÍFICO", SOCIEDAD DE RESONSABILIDAD LIMITADA DE CAPITAL VARIABLE, como sociedad fusionada y que se extinguió, y como consecuencia de dicha fusión, se aumentó el capital social fijo de la primera en la cantidad de cincuenta mil pesos, moneda nacional, reformando al efecto la cláusula séptima, de los estatutos sociales, para quedar redactada como en dicho instrumento se especificó. ------------------------------------

- -------------------------------------------------------------

--- **IV.- DECLARACIONES PREVIAS.** ----------------------------

--- Declara la compareciente, bajo protesta de decir verdad, advertida de las penas en que incurre quien declara con falsedad ante Notario: ---------------------------------------

--- i) Que las firmas que aparecen en el acta que se protocoliza y sus anexos corresponden a quienes se les atribuye haberlas estampado en la misma; y -------------------

--- ii) Que el acta que se protocoliza refleja la situación vigente de la sociedad, al momento de celebrarse la Asamblea respectiva, especialmente por lo que se refiere a la identidad de los socios y el monto y distribución del capital social, habiendo cumplido las formalidades requeridas para su modificación, en su caso. ------------------------------------

- -------------------------------------------------------------

--- **V.- ACTA QUE SE PROTOCOLIZA.** ----------------------------

--- Declara la compareciente que los socios de **"DOLPHIN CAPITAL COMPANY", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** celebraron una Asamblea de Socios, de la que se levantó el acta que me exhibe escrita a dos columnas, una en idioma español y otra en idioma extranjero, siendo una traducción de la otra, respectivamente, según declara el




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 13 -
33,554

compareciente, misma que en unión de su respectivo anexo
agrego al apéndice de este instrumento con el número "**UNO**",
respecto de la que certifico no tengo indicio de falsedad y
que me pide protocolice, siendo dicha acta, por lo que se
refiere a la columna redactada en idioma español, del tenor
literal siguiente: ---------------------------------------
- -------------------------------------------------------- 

*"En la ciudad de Cancún, Quintana Roo, siendo las 10:00 horas
del día 28 de marzo de 2025, los socios de Dolphin Capital
Company, S. de R.L. de C.V. (la "Sociedad"), según se detalla
más adelante, se reunieron en el domicilio social de la
Sociedad, a efecto de celebrar una Asamblea de Socios.* --------
- --------------------------------------------------------

*El señor Raúl García Chávez presidió la asamblea y la señora
Ma. Eugenia Soberanis Pérez actuó como Secretario, ambos
habiendo sido designados para ocupar dichos cargos por el
voto unánime de todos los presentes.* ------------------------
- --------------------------------------------------------

*El Presidente de la asamblea nombró al Secretario como
Escrutador, quien habiendo aceptado su nombramiento, informó
al Presidente de la asamblea que Wilmington Trust, National
Association acreditó su representación, según carta poder que
exhibió y según se detalla más adelante. Asimismo, el
Escrutador procedió a contar la participación social que
representan los presentes en esta asamblea e informó que
representan a todos los socios conforme se lista a
continuación:* ----------------------------------------------
- --------------------------------------------------------
----*Socios* ----------------*Partes Sociales*-------*Valor*-------------% -----
*CIBanco, S.A.,* --------------------------------------------------
*Institución de* -------------------------------------------------
*Banca Múltiple,* -------------------------------------------------
*como fiduciario del* ----------------------------------------------
*Fideicomiso* -----------------------------------------------------



- 14 -
33,554

| | | | | |
|---|---|---|---|---|
| Irrevocable de | | | | |
| Garantía número | | | | |
| CIB/2380 | | | | |
| Representado por | | | | |
| Ma. Eugenia | | | | |
| Soberanis Pérez | 1 | $229,823,306 | 99.9996 | |
| TDC Leisure Holdings LLC | | | | |
| Representada por | | | | |
| Wilmington Trust, | | | | |
| National Association, | | | | |
| a su vez representado | | | | |
| por Raúl García Chávez, en | | | | |
| ejercicio de los derechos | | | | |
| que le corresponden de | | | | |
| conformidad con el | | | | |
| Contrato de Prenda | | | | |
| (según dicho término se | | | | |
| define más adelante) | 1 | $1,000 | 0.0004 | |
| Total: | 2 | $229,824,306 | 100% | |

Después de revisar el cómputo del Escrutador, el Presidente declaró legalmente instalada la asamblea de conformidad con lo dispuesto por los estatutos sociales de la Sociedad, estableciendo que el 100% de las partes sociales representativas del capital social de la Sociedad se encontraban representadas en esta asamblea. En tal virtud, el Presidente de la asamblea manifestó que se prescindía de la publicación de la convocatoria por estar representados los socios propietarios de la totalidad de las partes sociales representativas del capital social de la Sociedad. ----------- - -------------------------------------------------------------

Asimismo, se toma nota de que TDC Leisure Holdings LLC manifestó a la Sociedad con anticipación a la presente asamblea, que optó por no inscribirse en el Registro Federal





Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 15 -
33,554



de Contribuyentes, en los términos del artículo 27 del Código Fiscal de la Federación, razón por la cual se procede hacer anotación en esta acta de Asamblea de la clave de registro federal de contribuyentes genérico de dichos socios. ---------
- -----------------------------------------------------------

A continuación, el siguiente Orden del Día fue leído por el Secretario y después de haber sido discutido y analizado, aprobado unánimemente por los presentes: -------------------
- -----------------------------------------------------------
---------------------- ORDEN DEL DÍA ----------------------
- -----------------------------------------------------------

1. Discusión y aprobación, en su caso, de la remoción del Consejo de Gerentes y nombramiento de Gerente Único de la Sociedad. -------------------------------------------------
- -----------------------------------------------------------

2. Discusión y aprobación, en su caso, de la revocación y otorgamiento de poderes. -------------------------------------
- -----------------------------------------------------------

3. Discusión y aprobación, en su caso, de sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o insolvencia, incluyendo de manera enunciativa mas no limitativa, el procedimiento de reorganización previsto en el Capítulo 11 de Código de los Estados Unidos (Chapter 11 of United States Code (U.S.C.) en los Estados Unidos de América -------------------------------
- -----------------------------------------------------------

4. Designación de delegados especiales. ---------------------
- -----------------------------------------------------------
- -----------------------------------------------------------

Los socios representados en la asamblea aprobaron la declaratoria del Presidente con respecto a la legal instalación de la asamblea, así como el Orden del Día propuesto para la misma, el cual se desahogó de la siguiente



- 16 -
33,554

*manera:* ----------------------------------------------------------
- ----------------------------------------------------------

*1. Discusión y aprobación, en su caso, de la remoción del Consejo de Gerentes y nombramiento de Gerente Único de la Sociedad.* ----------------------------------------------------------
- ----------------------------------------------------------

*En relación con el primer punto del Orden del Día, el Presidente hizo del conocimiento de la asamblea lo siguiente:*
- ----------------------------------------------------------

*(i) Con fecha 8 de octubre de 2015, Controladora Dolphin, S.A. de C.V. ("Controladora"), Promotora Garrafón, S.A. de C.V. ("Promotora") y la Sociedad, como fideicomitentes, CIBanco, S.A., Institución de Banca Múltiple (el "Fiduciario"), como fiduciario, y Wilmington Trust, National Association ("Wilmington"), como fideicomisario en primer lugar, con la comparecencia de Aqua Tours, S.A. de C.V. ("Aqua Tours") y Viajero Cibernético, S.A. de C.V. ("Viajero"), junto con las demás sociedades que de tiempo en tiempo se adhieran al mismo en el carácter que allí se indique, celebraron el Contrato de Fideicomiso Irrevocable de Garantía número CIB/2380 (según el mismo fue modificado y/o reexpresado con fecha 5 de abril de 2019, con fecha 2 de octubre de 2019, con fecha 6 de julio de 2020, y con fecha 27 de junio de 2022, el "Contrato de Fideicomiso").* -------------
----------------------------------------------------------

*(ii) Con fecha 8 de abril de 2019, Controladora, en su carácter de emisor (issuer), la Sociedad, como controladora garante (parent guarantor), ciertas subsidiarias de Controladora como garantes y Wilmington en su carácter de agente de garantías (collateral agent), celebraron un contrato de compra de valores mediante el cual ciertos adquirentes (purchasers), sujeto a las condiciones previstas en dicho contrato, adquirieron las Notas Existentes (según*





Marco Antonio Vaca Vélez
Notaría 142 CDMX



dicho término se define en el Contrato de Compraventa Original) emitidas por Controladora por la cantidad de EU$100,000,000.00 (cien millones de Dólares 00/100) (el "Contrato de Compra de Valores Original"). ------------------- ------------------------------------------------------------

(iii) Con fecha 8 de junio de 2020, las partes del Contrato de Compra de Valores Original celebraron un Primer Contrato de Compra de Valores Modificado y Reexpresado, mediante el cual ciertos adquirentes (purchasers), sujeto a las condiciones previstas en dicho contrato, se obligaron a adquirir Nuevas Notas (new notes) (según dicho término se define en el Primer Contrato de Compra de Valores Modificado y Reexpresado) hasta por la cantidad de EU$8,000,000.00 (ocho millones de Dólares 00/100) (según el mismo fue modificado con fecha 24 de junio de 2021 y 1 de abril de 2022, el "Primer Contrato de Compra de Valores Modificado y Reexpresado"). ------------------------------------------------ ------------------------------------------------------------

(iv) Con fecha 27 de junio de 2022, las partes del Contrato de Compra de Valores Modificado y Reexpresado de manera conjunta con TDC Leisure Holdings LLC ("TDC Leisure"), en su carácter de controlador final (ultimate parent), y Leisure Investments Holdings LLC ("LIH"), una limited liability company constituida y válidamente existente de conformidad con las leyes del Estado de Delaware, celebraron un segundo Contrato de Compra de Valores Original (conjuntamente con el Contrato de Compra de Valores Original, el Primer Contrato de Compra de Valores Modificado y Reexpresado, y según el mismo sea adicionalmente reformado, adicionado o de cualquier otra manera modificado de tiempo, el "Contrato de Compra de Valores Modificado y Reexpresado"). ------------------------- ------------------------------------------------------------

(v) Con fecha 27 de junio de 2022, Triton Investments



- 18 -
33,554

Holdings, LLC, en su carácter de emisor (issuer), TDC
Leisure, en su carácter de garante controlador (ultimate
guarantor), LIH, en su carácter de garante intermedio
(intermediate parent), Controladora, la Sociedad, entre
otros, en su carácter de subsidiarias garantes (subsidiary
guarantors) y Wilmington Trust, National Association, en su
carácter de agente de garantías (collateral agent),
celebraron cierto contrato de compra de valores y de garantía
subordinado (second-lien note purchase and guarantee
agreement) (el "Contrato de Compra de Valores Subordinado"). -
- -------------------------------------------------------------
(vi) Con fecha 27 de junio de 2022, entre otros, LIH, como
fideicomitente, y el Fiduciario, en dicho carácter, con la
comparecencia de Wilmington y Controladora, celebraron cierto
convenio de adhesión y aportación al Contrato de Fideicomiso,
por virtud del cual LIH aportó de manera irrevocable, la
propiedad y titularidad de 1 (una) parte social de la que es
titular, representativa del 99.9996% del capital social de
la Sociedad, a efecto de garantizar el puntual y debido
cumplimiento, pago y satisfacción a su vencimiento (ya sea a
su fecha de vencimiento programado, por vencimiento
anticipado o por cualquier otro motivo) de todas y cada una
de las Obligaciones Garantizadas Senior y las Obligaciones
Garantizadas Subordinadas (según dichos términos se definen
en el Contrato de Fideicomiso). -----------------------------
- -------------------------------------------------------------
(vi) (sic) Con fecha 22 de junio de 2022, TDC Leisure, como
deudor prendario, y Wilmington, en su carácter de Agente de
Garantías Mexicano en nombre y para beneficio de las Partes
Garantizadas, como acreedor prendario, con la comparecencia
de la Sociedad, celebraron un Contrato de Prenda Sobre Parte
Social (según el mismo sea modificado, re-expresado,
adicionado o de cualquier otra forma reformado de tiempo en

 



- 19 -
33,554

tiempo, el "Contrato de Prenda"), por virtud del cual TDC Leisure dio en prenda 1 (una) parte social de la que es titular, representativa del 0.0004% del capital social de la Sociedad (la "Parte Social Pignorada"), a efecto de garantizar de manera incondicional e irrevocable el debido y puntual cumplimiento, pago y satisfacción a su vencimiento (ya sea a su fecha de vencimiento programado, su fecha de vencimiento anticipado o por cualquier otro motivo) de todas y cada una de las Obligaciones Garantizadas (según dicho término se define en el Contrato de Prenda). --------------- --------------------------------------------------------

(vii) Con anterioridad a este acto, LIH, como fideicomitente y de conformidad con los términos del Contrato de Fideicomiso, notificó al Fiduciario la celebración de la presente Asamblea y el ejercicio de los Derechos de Voto (según dicho término se define en el Contrato de Fideicomiso). ------------------------------------------------ -------------------------------------------------------------

(viii) Con anterioridad a este acto, Wilmington, como acreedor prendario y en términos de lo dispuesto por el Contrato de Prenda, entregó al Secretario del Consejo de Gerentes de la Sociedad un Aviso de Incumplimiento por virtud del cual certificó la ocurrencia de un Evento de Incumplimiento. En virtud de lo anterior, a partir de dicha fecha, Wilmington quedó facultado para ejercer los derechos de voto de la Parte Social Pignorada, y demás derechos y facultades que TDC Leisure tenga derecho de ejercer de conformidad con las disposiciones del Contrato de Prenda. ---- -------------------------------------------------------------

Luego de discutir sobre los literales anteriores, así como las causas de incumplimiento que dieron origen al mencionado punto del Orden del Día, por unanimidad de votos de los socios representados aprobaron las siguientes: ---------------



- 20 -
33,554

------------------------------------------------------------
------------------ *R E S O L U C I O N E S* ------------------
------------------------------------------------------------

*PRIMERA. Se resuelve aprobar con efectos inmediatos a partir de la fecha de la presente, remover a la totalidad de los miembros del Consejo de Gerentes y nombrar al Sr. Steven Robert Strom como Gerente Único de la Sociedad.* --------------
- ------------------------------------------------------------

*Sin perjuicio de lo anterior, Wilmington, con el carácter que comparece a la presente, así como la Sociedad, se reservan expresamente todos y cada uno de sus derechos, acciones, recursos, reclamaciones, privilegios y protecciones bajo la ley, para repetir en contra de los Sres. Eduardo Albor Villanueva, Concepción Esteban Manchado y Martin Flores Merino respecto de todas las acciones de carácter civil, mercantil, penal y de cualesquier otra naturaleza o reclamaciones conocidas o desconocidas y las reclamaciones acumuladas hasta la fecha como resultado de su actuación como miembros del Consejo de Gerentes de la Sociedad, independientemente de si se identifican específicamente a la fecha de la presente, de conformidad con lo dispuesto por el Articulo 78 fracción VII de la Ley General de Sociedades Mercantiles y demás disposiciones aplicables.* ----------------
- ------------------------------------------------------------

*2. Discusión y aprobación, en su caso, de la revocación y otorgamiento de poderes.* ------------------------------------
- ------------------------------------------------------------

*En relación con el segundo punto del Orden del Día, el Presidente comento a los socios, la conveniencia de revocar y otorgar poderes.* ------------------------------------------
- ------------------------------------------------------------

*Luego de discutir el punto anterior, por unanimidad de votos de los socios representados aprobaron las siguientes:* --------

 

Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 21 -
33,554

---------------------------------------------------------------
----------------- *R E S O L U C I O N E S* -------------------
---------------------------------------------------------------



*SEGUNDA. En este acto se aprueba revocar todos y cada uno de los poderes otorgados por la Sociedad con anterioridad a esta fecha en favor de los Sres. Eduardo Albor Villanueva, Concepción Esteban Manchado y Martin Flores Merino. ----------*
- ---------------------------------------------------------------

*Sin perjuicio de lo anterior, Wilmington, con el carácter que comparece a la presente, así como la Sociedad, se reservan expresamente todos y cada uno de sus derechos, acciones, recursos, reclamaciones, privilegios y protecciones bajo la ley, para repetir en contra de los Sres. Eduardo Albor Villanueva, Concepción Esteban Manchado y Martin Flores Merino respecto de todas las acciones de carácter civil, mercantil, penal y de cualesquier otra naturaleza o reclamaciones conocidas o desconocidas y las reclamaciones acumuladas hasta la fecha como resultado de su actuación como apoderados de la Sociedad, independientemente de si se identifican específicamente a la fecha de la presente. -------*
- ---------------------------------------------------------------

*TERCERA. Se resuelve en este acto otorgar en favor de los Sres. Robert L. Wagstaff, Michael Nicosia Flynn, Eduardo Moyano Luco y Matías Marambio Calvo, los poderes adelante mencionados para ser ejercidos de manera individual: ---------*
*(i) Poder general para pleitos y cobranzas, para ser ejercitado conjunta o separadamente, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, pudiendo hacer cesión de bienes, en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México. --------*
*En forma enunciativa y no limitativa, se mencionan entre*



- 22 -
33,554

*otras facultades las siguientes: ------------------------------*

*1. Para intentar y desistirse de toda clase de procedimientos, en México y en el extranjero, inclusive amparo o el concurso mercantil. ------------------------------*

*2. Promover providencias precautorias, medidas cautelares y/o de aseguramiento, así como promover medios preparatorios de juicio o cualesquier procedimientos preliminares -------------*

*3. Para transigir. ---------------------------------------------*

*4. Para comprometer en árbitros. ------------------------------*

*5. Para absolver y articular posiciones. --------------------*

*6. Para recusar. ------------------------------------------------*

*7. Para recibir pagos. ---------------------------------------*

*8. Para presentar denuncias y querellas en materia penal y para otorgar el perdón cuando lo permita la ley. -------------*

*(ii) Poder general para actos de administración, en los términos del segundo párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los Códigos de los Estados de la República y de la Ciudad de México. ------------*

*(iii) Poder general para actos de dominio, de acuerdo con el tercer párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México --------------------------*

*(iv) Poder para otorgar y suscribir títulos de crédito, para abrir y cerrar cuentas bancarias y para designar a las personas autorizadas para firmar cheques, en los términos del artículo 9 de la Ley de Títulos y Operaciones de Crédito. ----*

*(v) Facultad para otorgar poderes generales y especiales dentro de sus facultades y para revocar unos y otros. --------*

*Los apoderados designados estarán facultados para acudir en nombre y representación de la Sociedad a todo tipo de asambleas de accionistas, ya sean generales o especiales, ordinarias o extraordinarias, y votar en el sentido que libremente decidan los apoderados, o bien, abstenerse de*





Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 23 -
33,554

*votar si así lo considerare conveniente. --------------------*
*Los poderes y facultades aquí contenidas podrán ser delegadas*
*o sustituidas en todo o en parte. ----------------------------*
*- ------------------------------------------------------------*
*CUARTA. Se resuelve en este acto otorgar en favor de los*
*Sres. Jaime Rene Guerra González, Jesús Armando Treviño*
*Moyeda, Alfonso Peniche García, Román Salazar Castillo,*
*Rogelio Héctor Palacios Beltrán, Carlo Braulio Reyes*
*Escandón, Miguel Ángel Hernández Morales, Sebastian Ruanova*
*Carbajal y Rodrigo Josué Gazcón Quintana, los poderes*
*adelante mencionados a ser ejercidos, conjunta o*
*individualmente -----------------------------------------------*



*(i) Poder general para pleitos y cobranzas, para ser*
*ejercitado conjunta o separadamente, con todas las facultades*
*generales y aún con las especiales que de acuerdo con la ley*
*requieran poder o cláusula especial, pero sin que comprenda*
*la facultad de hacer cesión de bienes, en los términos del*
*párrafo primero del artículo 2554 del Código Civil Federal y*
*sus correlativos de los códigos de los Estados de la*
*República y de la Ciudad de México. --------------------------*
*En forma enunciativa y no limitativa, se mencionan entre*
*otras facultades las siguientes: -----------------------------*
*1. Para intentar y desistirse de toda clase de*
*procedimientos, en México y en el extranjero, inclusive*
*amparo o el concurso mercantil. ------------------------------*
*2. Para transigir. -------------------------------------------*
*3. Para comprometer en árbitros. -----------------------------*
*4. Para absolver y articular posiciones. ---------------------*
*5. Para recusar. ---------------------------------------------*
*6. Para recibir pagos. ---------------------------------------*
*7. Para presentar denuncias y querellas en materia penal y*
*para otorgar el perdón cuando lo permita la ley. -------------*
*- ------------------------------------------------------------*



- 24 -
33,554
- --------------------------------------------------------------

3. *Discusión y aprobación, en su caso, de sujetar y/o*
*solicitar la sujeción de la Sociedad a un procedimiento de*
*reorganización y/o insolvencia, incluyendo de manera*
*enunciativa mas no limitativa, el procedimiento de*
*reorganización previsto en el Capítulo 11 de Código de los*
*Estados Unidos (Chapter 11 of United States Code (U.S.C.) en*
*los Estados Unidos de América* -------------------------------
- --------------------------------------------------------------

*En relación con el tercer punto del Orden del Día, el*
*Presidente comentó a los accionistas, la conveniencia de*
*sujetar y/o solicitar la sujeción de la Sociedad a un*
*procedimiento de reorganización y/o insolvencia, incluyendo*
*de manera enunciativa mas no limitativa, el procedimiento de*
*reorganización previsto en el Capítulo 11 de Código de los*
*Estados Unidos (Chapter 11 of United States Code (U.S.C.) en*
*los Estados Unidos de América* -------------------------------
- --------------------------------------------------------------

*Luego de discutir el punto anterior, por unanimidad de votos*
*de los accionistas representados aprobaron las siguientes:* ---
- --------------------------------------------------------------
-------------------- *R E S O L U C I O N E S* -----------------
- --------------------------------------------------------------

*QUINTA. Se resuelve autorizar al Gerente Único y/o a los*
*apoderados de la Sociedad con facultad para pleitos y*
*cobranzas en los términos del párrafo primero del artículo*
*2554 del Código Civil Federal y sus correlativos de los*
*códigos de los Estados de la República y de la Ciudad de*
*México, para realizar los actos necesarios para sujetar y/o*
*solicitar la sujeción de la Sociedad a un procedimiento de*
*reorganización y/o insolvencia, incluyendo de manera*
*enunciativa mas no limitativa, el procedimiento de*
*reorganización previsto en el Capítulo 11 de Código de los*




Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 25 -
33,554

*Estados Unidos (Chapter 11 of United States Code (U.S.C.) en los Estados Unidos de América. Considerando la situación de insolvencia de la Sociedad, para todos los efectos legales a que haya lugar, la resolución aquí contenida constituye la intención indubitable de los accionistas para sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o la declaración de concurso mercantil de la Sociedad. ------------------------------------------------------------ ------------------------------------------------------------*

*4. Designación de delegados especiales. ------------------- ------------------------------------------------------------*

*SEXTA. Se resuelve, autorizar a los Sres. Raúl García Chávez y Ma. Eugenia Soberanis Pérez para que, actuando conjunta o separadamente, en nombre y representación de la Sociedad, en caso de ser necesario realicen los siguientes actos: (i) gestionen ante el Notario Público de su elección la protocolización y ratificación de la presente acta; (ii) expidan las copias simples o certificadas de la presente acta, que en su integridad o en lo conducente, les fueren solicitadas; (iii) realicen, en general, todos los actos y trámites que sean necesarios para la formalización y ejecución de los acuerdos adoptados en las presente acta, incluidos aquellos ante cualquier dependencia gubernamental, incluyendo la Secretaría de Economía, teniendo la facultad para recibir cualquier tipo de documento e información relacionada con la Sociedad; y (iv) gestionen la inscripción de la escritura pública respectiva en el Registro Público de Comercio que corresponda. ------------------------------------ ------------------------------------------------------------*

*SÉPTIMA. Se resuelve, que la presente acta se redacta en español y en inglés en el entendido que, en caso de cualquier discrepancia entre ambas versiones, la versión en español será la que prevalecerá en todo momento. ---------------------*



- 26 -
33,554
- --------------------------------------------------------------

*No habiendo otro asunto que tratar, se suspendió la asamblea por el tiempo necesario para redactar la presente acta, la cual una vez leída fue aprobada por los representantes de los socios y firmada por el Presidente y el Secretario de la misma.* --------------------------------------------------------
- --------------------------------------------------------------

*Se hace constar que durante el tiempo en que se desarrolló la presente asamblea, desde su inicio hasta su terminación, todas las personas que participaron en la misma estuvieron presentes. Se agregan al expediente de la presente acta como Anexo "A", la lista de asistencia preparada por el Escrutador.* ----------------------------------------------------
- --------------------------------------------------------------

*Se levantó la asamblea a las 13:00 horas del 28 de marzo de 2025.* --------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------

*[Firma ilegible]* ---------------------------------------------
*Presidente* ---------------------------------------------------
*Por: Raúl García Chávez* -------------------------------------
--------------------------------------------------------------

*[Firma ilegible]* ---------------------------------------------
*Secretario* ---------------------------------------------------
*Por: Ma. Eugenia Soberanis Pérez* ----------------------------
- --------------------------------------------------------------
- --------------------------------------------------------------

----------------------------*LISTA DE ASISTENCIA* ----------------------
----------------- *DOLPHIN CAPITAL COMPANY, S. DE R.L. DE C.V.* -----------
--------------------------- *ASAMBLEA DE SOCIOS* -------------------------
------------------------- *28 de marzo de 2025* -------------------------
- --------------------------------------------------------------
----*Socios* ------------- *Partes Sociales* --- *Valor* ------ *Firma* ----------
- --------------------------------------------------------------





Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 27 -
33,554



CIBanco, S.A., -------------------------------------------------------
Institución de -------------------------------------------------------
Banca Múltiple, -----------------------------------------------------
como fiduciario del -------------------------------------------------
Fideicomiso ---------------------------------------------------------
Irrevocable de ------------------------------------------------------
Garantía número -----------------------------------------------------
CIB/2380 ------------------------------------------------------------
Representada por ----------------------------------------------------
Ma. Eugenia ---------------------------------------------------------
Soberanis Pérez--------------1-----------$229,823,306--[Firma ilegible] --
 -------------------------------------------------------------------
TDC Leisure Holdings LLC --------------------------------------------
Representada por  ---------------------------------------------------
Wilmington Trust, ---------------------------------------------------
National Association, -----------------------------------------------
a su vez representado -----------------------------------------------
por Raúl García Chávez, en ------------------------------------------
ejercicio de los derechos -------------------------------------------
que le corresponden de ----------------------------------------------
conformidad con el --------------------------------------------------
Contrato de Prenda----------1----------------$1,000--[Firma ilegible] ----
- -------------------------------------------------------------------
Total: --------------------2-----------$229,824,306-------------100% -----
- -------------------------------------------------------------------

La suscrita hago constar que en la asamblea se encontraba
representada la totalidad de las partes sociales en que se
divide el capital social de la Sociedad, de acuerdo a la
forma indicada anteriormente, y de conformidad con los
registros del Libro de Registro de Socios de la Sociedad. ----
- -------------------------------------------------------------------
 [Firma ilegible] --------------------------------------------------
Ma. Eugenia Soberanis Pérez ----------------------------------------
Escrutador". --------------------------------------------------------
- -------------------------------------------------------------------
----------------------C L Á U S U L A S ---------------------
- -------------------------------------------------------------------



- 28 -
33,554

--- **PRIMERA.-** Queda protocolizada el acta de Asamblea de Socios de **"DOLPHIN CAPITAL COMPANY", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, transcrita en el antecedente quinto de este instrumento para todos los efectos a que haya lugar. -----------------------------------
- -----------------------------------------------------------------
--- **SEGUNDA.-** Quedan removidos los miembros del Consejo de Gerentes de **"DOLPHIN CAPITAL COMPANY", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. -----------------------------------
- -----------------------------------------------------------------
--- **TERCERA.-** Queda nombrado el Gerente Único de **"DOLPHIN CAPITAL COMPANY", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----
- -----------------------------------------------------------------
--- **CUARTA.-** Quedan revocados los poderes de **"DOLPHIN CAPITAL COMPANY", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ------------
- -----------------------------------------------------------------
--- **QUINTA.-** Quedan otorgados los poderes de **"DOLPHIN CAPITAL COMPANY", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ------------
- -----------------------------------------------------------------
**YO EL NOTARIO CERTIFICO:** ----------------------------------------
--- **I.-** Que conozco personalmente a la compareciente y que a mi juicio es capaz para este acto. --------------------------
--- **II.-** Que en virtud de que la compareciente no me acreditó la inscripción de **"DOLPHIN CAPITAL COMPANY", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, en el Registro Nacional de Inversiones Extranjeras, procederé a dar el aviso a que se refiere el artículo treinta y cuatro de la Ley de Inversión Extranjera. -----------------------------------------
--- **III.-** Que advertí a la compareciente de la conveniencia

 

- 29 -
33,554



de notificar a los apoderados de la revocación consignada en el presente instrumento. ------------------------------------

--- **IV.-** Que advertí a la compareciente que en virtud de no proporcionarme los datos de los instrumentos en los que se otorgaron los poderes que se revocan, no procederé a dar el aviso a que se refiere el artículo ciento veinte de la Ley del Notariado para la Ciudad de México, liberándome la compareciente de cualquier responsabilidad al respecto. -------

--- **V.-** Que la compareciente declara bajo protesta de decir verdad, que **"DOLPHIN CAPITAL COMPANY", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** presentará ante las Autoridades Fiscales la relación de socios residentes en el extranjero a que se refiere el artículo veintisiete del Código Fiscal de la Federación, toda vez que "TDC LUISURE HOLDINGS LLC" es residente fiscal en el extranjero y no cuenta con clave de Registro Federal de Contribuyentes en México por lo que le corresponde la clave genérica que es: "EXT990101NI1". ------------------------------------------

--- **VI.-** Que la compareciente declara que **"CIBANCO", SOCIEDAD ANÓNIMA INSTITUCIÓN DE BANCA MÚLTIPLE,** como Fiduciario del fideicomiso Irrevocable de Garantía número **CIB/2380 (C I B Diagonal dos mil trescientos ochenta),** accionista de **"DOLPHIN CAPITAL COMPANY", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** se encuentra inscrita en el Registro Federal de Contribuyentes y al efecto me exhibe la Constancia de Situación Fiscal de aquella, misma que agrego al apéndice de este instrumento con el número "**DOS**". --------------------

--- **VII.-** Que la compareciente declara por sus generales ser:

--- Mexicana, originaria de Tecpan de Galeana, Estado de Guerrero, lugar donde nació el día catorce de septiembre de mil novecientos setenta y tres, soltera, con domicilio en Avenida Presidente Masaryk, número ciento uno, piso doce, oficina mil doscientos uno "A", colonia Polanco Quinta





- 30 -
33,554

Sección, código postal número once mil quinientos sesenta, abogada y con Clave Única de Registro de Población: "SOPE730914MGRBRG04". ---------------------------------------

--- **VIII.-** Que advertí a la compareciente de las penas en que incurren quienes declaran falsamente ante notario. -----------

--- **IX.-** Que tuve a la vista los documentos citados en este instrumento. -----------------------------------------------------

--- **X.-** Que expliqué a la compareciente en forma amplia, completa y sin tecnicismos, las consecuencias, alternativas y los procedimientos relacionados con el contenido de este instrumento, a fin de garantizar su autonomía, protección y cuidado en la toma de decisiones relacionadas con su patrimonio y relaciones familiares. --------------------------

--- **XI.-** Que a solicitud de la compareciente leí y expliqué este instrumento a la misma, una vez que le hice saber el derecho que tiene de leerlo personalmente, manifestando la otorgante su conformidad y comprensión plena y lo firmó, imprimiendo además su huella digital en caso de considerarlo conveniente, el día de su fecha, mismo momento en que la autorizo definitivamente. -----------------------------------

Doy fe. -------------------------------------------------------

Firma y huella digital de la señora Ma. Eugenia Soberanis Pérez. --------------------------------------------------------

**Firma de Marco Antonio Vaca Vélez.** --------------------------

El sello de autorizar. ----------------------------------------

LAS NOTAS COMPLEMENTARIAS DEL PRESENTE INSTRUMENTO SE AGREGARÁN AL APÉNDICE DEL MISMO. ----------------------------

**Para cumplir con lo dispuesto por el artículo dos mil quinientos cincuenta y cuatro del Código Civil vigente en la Ciudad de México, a continuación se transcribe:** -------------

**"ART. 2554.-** En todos los poderes generales para pleitos y cobranzas bastará que se diga que se otorga con todas las facultades generales y las especiales que requieran cláusula



Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 31 -
33,554



sin limitación alguna. ----------------------------------------
En los poderes generales, para administrar bienes, bastará
expresar que se dan con ese carácter para que el apoderado
tenga toda clase de facultades administrativas. --------------
En los poderes generales, para ejercer actos de dominio
bastará que se den con ese carácter para que el apoderado
tenga todas las facultades de dueño, tanto en lo relativo a
los bienes, como para hacer toda clase de gestiones a fin de
defenderlos. --------------------------------------------------
Cuando se quisieren limitar, en los tres casos antes
mencionados, las facultades de los apoderados, se consignarán
las limitaciones, o los poderes serán especiales. ------------
Los notarios insertarán este artículo en los testimonios de
los poderes que otorguen". -----------------------------------
**MARCO ANTONIO VACA VÉLEZ,** Notario ciento cuarenta y dos de la
Ciudad de México, EXPIDO **TERCER** TESTIMONIO **TERCERO** EN SU
ORDEN PARA CONSTANCIA DE **"DOLPHIN CAPITAL COMPANY"**, **SOCIEDAD
DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** COMO
INTERESADA EN TREINTA Y UN PÁGINAS. --------------------------
EN LA CIUDAD DE MÉXICO, A VEINTIOCHO DE MARZO DE DOS MIL
VEINTICINCO. --------------------------------------------------
DOY FE. -------------------------------------------------------
AXPR.



№ 02

**CÉDULA DE IDENTIFICACIÓN FISCAL**



BNY080206UR9
Registro Federal de Contribuyentes

CIBANCO, S.A. INSTITUCION DE
BANCA MULTIPLE
Nombre, denominación o razón
social

idCIF: 14111142672
VALIDA TU INFORMACIÓN
FISCAL

**CONSTANCIA DE SITUACIÓN FISCAL**

Lugar y Fecha de Emisión
**MIGUEL HIDALGO , CIUDAD DE MEXICO A 03 DE
MARZO DE 2025**



BNY080206UR9

**Datos de Identificación del Contribuyente:**

| | |
|---|---|
| RFC: | BNY080206UR9 |
| Denominación/Razón Social: | CIBANCO, S.A. INSTITUCION DE BANCA MULTIPLE |
| Régimen Capital: | SIN TIPO DE SOCIEDAD |
| Nombre Comercial: | CIBANCO, S.A. INSTITUCION DE BANCA MULTIPLE |
| Fecha inicio de operaciones: | 06 DE FEBRERO DE 2008 |
| Estatus en el padrón: | ACTIVO |
| Fecha de último cambio de estado: | 06 DE FEBRERO DE 2008 |

**Datos del domicilio registrado**

| | |
|---|---|
| Código Postal:11560 | Tipo de Vialidad: CALZADA  (CALZ.) |
| Nombre de Vialidad: MARIANO ESCOBEDO | Número Exterior: 595 |
| Número Interior: | Nombre de la Colonia: POLANCO V SECCION |
| Nombre de la Localidad: MIGUEL HIDALGO | Nombre del Municipio o Demarcación Territorial: MIGUEL HIDALGO |
| Nombre de la Entidad Federativa: CIUDAD DE MEXICO | Entre Calle:  CAMPOS ELISEOS |
| Y Calle: RINCON DEL BOSQUE | |

**Actividades Económicas:**

Página  [1] de [3]

 

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de Mexico.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

33554



| Orden | Actividad Económica | Porcentaje | Fecha Inicio | Fecha Fin |
|---|---|---|---|---|
| 1 | Banca múltiple o comercial | 100 | 06/02/2008 | |

**Regímenes:**

| Régimen | Fecha Inicio | Fecha Fin |
|---|---|---|
| Régimen General de Ley Personas Morales | 06/02/2008 | |

**Obligaciones:**

| Descripción de la Obligación | Descripción Vencimiento | Fecha Inicio | Fecha Fin |
|---|---|---|---|
| Entero de retenciones mensuales de ISR por sueldos y salarios | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración informativa anual de clientes y proveedores de bienes y servicios. Impuesto sobre la renta. | A más tardar el 15 de febrero del año siguiente | 06/02/2008 | |
| Declaración informativa anual de ingresos en regímenes fiscales preferentes. Empresas multinacionales. Impuesto sobre la renta. | En el mes de febrero de cada año | 06/02/2008 | |
| Entero de retenciones mensuales de ISR por ingresos asimilados a salarios | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración de proveedores de IVA | A más tardar el último día del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración informativa de IVA con la anual de ISR | Conjuntamente con la declaración anual del ejercicio. | 06/02/2008 | |
| Pago definitivo mensual de IVA. | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración anual de ISR del ejercicio Personas morales. | Dentro de los tres meses siguientes al cierre del ejercicio. | 06/02/2008 | |
| Informacion anual de operaciones realizadas con partes relacionadas residentes en el extranjero. | Conjuntamente con la declaración anual del ejercicio | 06/02/2008 | |
| Pago provisional mensual de ISR personas morales régimen general | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 01/04/2009 | |
| Entero de retenciones de ISR por intereses. MENSUAL | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |
| Entero mensual de retenciones de ISR de ingresos por arrendamiento. | Conjuntamente con la retención por salarios o asimilados a salarios (17 de cada mes en su defecto) | 19/02/2018 | |
| Entero de retención de ISR por servicios profesionales. MENSUAL | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |
| Entero de retenciones de IVA Mensual | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |

Sus datos personales son incorporados y protegidos en los sistemas del SAT, de conformidad con los Lineamientos de Protección de Datos Personales y con diversas disposiciones fiscales y legales sobre confidencialidad y protección de datos, a fin de ejercer las facultades conferidas a la autoridad fiscal.

Si desea modificar o corregir sus datos personales, puede acudir a cualquier Módulo de Servicios Tributarios y/o a través de la dirección http://sat.gob.mx

 

Hacienda
Secretaría de Hacienda y Crédito Público

SAT
SERVICIO DE ADMINISTRACIÓN TRIBUTARIA

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

**"La corrupción tiene consecuencias ¡denúnciala! Si conoces algún posible acto de corrupción o delito presenta una queja o denuncia a través de: www.sat.gob.mx, denuncias@sat.gob.mx, desde México: (55) 8852 2222, desde el extranjero: + 55 8852 2222, SAT móvil o www.gob.mx/sfp".**

**Cadena Original Sello:** ||2025/03/03|BNY080206UR9|CONSTANCIA DE SITUACIÓN FISCAL|200001088888800000031||
**Sello Digital:** 

murZIFJ0dyX8h08kVmZQdQM6AqkJkAk5mtJeeBAEsm993q/7YJinS7GG8YALuZDRmteaoIQWFm0Y8kFaiRHa
Rk5jMqIyaoyUZ3iupx49alEfVXbwTJBwWbL1VERLUoqLpVNpHJAdNlHnoRR4Gvi347ahHjdfNt7sNnU1B3EyGvU
=



 

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

33554

SIN TEXTO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-_____ (___) |
| Debtors. | (Joint Administration Requested) |

### CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "**Debtor**" and, collectively, the "**Debtors**") hereby state as follows:

1.     For purposes of these chapter 11 cases, the mailing address of Debtor Leisure Investments Holdings LLC ("**LIH**") and each of its subsidiaries is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

2.     Debtor LIH is wholly owned by TDC Leisure Holdings LLC ("**TDC Holdings**"), whose address is Av. Banco Chinchorro Esquina Acanceh MZA 1, LT 8 SM 13 C.P. 77504, Cancun Quintana Roo México.

3.     Debtor Triton Investments Holdings LLC ("**TIH**") is wholly owned by LIH.

4.     Debtors MS Leisure Company and Icarus Investments Holdings LLC are wholly owned by TIH.

5.     Debtor Ejecutivos de Turismo Sustentable, S.A. de C.V. is 1% owned by LIH and 99% owned by CIBanco, S.A., Institución de Banca Múltiple, as trustee under the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows:  Leisure Investments Holdings LLC (7260); Triton Investments Holdings LLC (6416); MS Leisure Company (7257); Icarus Investments Holdings LLC (2636); Ejecutivos de Turismo Sustentable S.A. de C.V. (5CA4); Dolphin Capital Company, S. de R.L. de C.V. (21H8); Dolphin Leisure, Inc. (7073); Dolphin Austral Holdings, S.A. de C.V. (6A13); Aqua Tours, S.A. de C.V. (6586); Viajero Cibernético, S.A. de C.V. (1CZ7); Promotora Garrafón, S.A. de C.V. (0KA2); Marineland Leisure, Inc. (7388); GWMP, LLC (N/A); Gulf World Marine Park, Inc. (0348); and The Dolphin Connection, Inc. (0322).  For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

33016903.1

Irrevocable Guaranty Trust number CIB/2380 Plaza Campos Eliseos Uno, (Mariano Escobedo #595), Polanco Section V, Miguel Hidalgo, Zip Code 11560, Mexico City, Mexico ("**CIBanco**").[2]

6.     Debtor Dolphin Leisure, Inc. ("**Dolphin Leisure**") is wholly owned by Controladora Dolphin SA de CV.

7.     Debtors Marineland Leisure Inc., GWMP, LLC, Gulf World Marine Park, Inc., and The Dolphin Connection, Inc. are each wholly owned by Dolphin Leisure.

8.     Debtor Dolphin Capital Company, S. de R.L. de C.V. is .0004% owned by TDC Leisure Holdings LLC and 99.9996% owned by CIBanco, as trustee.

9.     Debtor Dolphin Austral Holdings, S.A. de C.V. is 99% owned by CIBanco, as trustee, and 1% owned by Eduardo Albor Villanueva, whose address is available upon request.

10.    Debtors Viajero Cibernético, S.A. de C.V., Aqua Tours, S.A. de C.V., and Promotora Garrafón, S.A. de C.V. are each 99.99% owned by CIBanco, as trustee, and 0.01% owned by Eduardo Albor Villanueva.

---

[2]     Ninety-nine percent or more of the equity interest in each entity organized under the laws of Mexico (each, an "**MX Entity**") is held by CIBanco, S.A., Institución de Banca Múltiple, as trustee under the Irrevocable Guaranty Trust number CIB/2380 Plaza Campos Eliseos Uno, (Mariano Escobedo #595), and one percent or less of the equity interest in each MX Entity is held by a second entity or individual.  Mexican law does not permit its corporate entities to be wholly-owned and requires each entity have at least two equity holders.

**Fill in this information to identify the case:**

Debtor name  Dolphin Capital Company, S. de R.L. de C.V.

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | To be provided | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____    Case number *(if known)* _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Dolphin Capital Company, S. de R.L. de C.V.___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration ___Corporate Ownership Statement and List of Equity Security Holders___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/31/2025___          ✗ ___/s/ Steven Robert Strom___
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

___Steven Robert Strom___
Printed name

___Authorized Person___
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**